UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Petitioner,<br><br>   v.<br><br>ANGEL PENA,<br><br>          Respondent. | Case No. [CV 08-01337 DDP]<br>         CR 04-00837 WMB ✓<br><br>ORDER REQUIRING RETURN TO § 2255 MOTION |

Based upon Petitioner's Motion to Vacate, Set Aside or Correct Sentence filed herein and good cause appearing:

IT IS HEREBY ORDERED that the United States Attorney file a return to the motion on/or before March 31, 2008, accompanied by all records, and that respondent serve a copy of the return upon petitioner prior to the filing thereof.

NO EXTENSIONS OF TIME WILL BE GRANTED EXCEPT FOR GOOD CAUSE SHOWN UNDER EXTRAORDINARY CIRCUMSTANCES.

IT IS FURTHER ORDERED that if the petitioner desires to file a traverse to the return, he shall do so by April 21, 2008, setting forth separately: (a) his admission or denial of any new factual allegations of the return, and (b) any additional legal arguments.

IT IS FURTHER ORDERED that if any pleading or other paper submitted to be filed and considered by the Court does <u>not</u> include a certificate of service upon respondent, or counsel for respondent, it will be stricken from this case and disregarded by the Court.

Dated: March 11, 2008

_____
DEAN D. PREGERSON
United States District Judge