O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANGEL PENA, | ) | Case No. [CV 12-02422 DDP] |
| | ) | CR 04-00837 WMB ✓ |
| Plaintiff, | ) | |
| | ) | ORDER DENYING 2255 MOTION |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 USC 2255 (DOCKET NUMBER 134) is hereby denied. The MOTION TO DISMISS (DOCKET NUMBER 137) is vacated as moot.

IT IS SO ORDERED.

Dated: March 24, 2015

_____
DEAN D. PREGERSON
United States District Judge